1  BENJAMIN B. WAGNER
   United States Attorney
2  SARALYN M. ANG-OLSON, SBN 197404
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for Plaintiff
   United States of America



FILED
JAN 12 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:10-CV-00067-EJG-DAD |
|---|---|
| Plaintiff, | ) **ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |
| v. | ) |
| APPROXIMATELY $30,000.00 IN U.S. CURRENCY, and | ) |
| A $750.00 CHECK MADE PAYABLE TO BRETT HARTMAN FROM INTEGRITY ESCROW, | ) |
| Defendants. | ) |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on January 8, 2010, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately $30,000.00 in U.S. Currency and A $750.00 Check made payable to Brett Hartman from Integrity Escrow ("defendant funds"), are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) for one or more violations of 18 U.S.C. §§ 501 and 1341;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of U.S. Postal

Inspection Service Postal Inspector Misty N. Racimo, there is probable cause to believe that the defendant funds so described constitute property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

   IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant funds.

Dated: 1/8/10

*Dale A. Drozd*
DALE A. DROZD
United States Magistrate Judge