```
BENJAMIN B. WAGNER
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CV-00067-EJG-DAD |
| | ) | |
| Plaintiff, | ) | **APPLICATION AND ORDER** |
| | ) | **FOR PUBLICATION** |
| v. | ) | |
| | ) | |
| APPROXIMATELY $30,000.00 IN U.S. CURRENCY, and | ) | |
| | ) | |
| A $750.00 CHECK MADE PAYABLE TO BRETT HARTMAN FROM INTEGRITY ESCROW, | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

/////

/////

1      2.   Local Rule 171, Eastern District of California, provides
2 that the Court shall designate by order the appropriate newspaper
3 or other vehicle for publication;
4      3.   The defendant Approximately $30,000.00 in U.S. Currency
5 was seized in the city of Gold River, located in Sacramento
6 County, California, and the defendant $750.00 Check made payable
7 to Brett Hartman from Integrity Escrow was seized in the city of
8 Carmichael, located in Sacramento County, California (hereafter
9 "defendant funds").  The U.S. Postal Inspection Service published
10 notice of the non-judicial forfeiture of the defendant funds on
11 September 17, 24, and October 1, 2009, in *The Wall Street*
12 *Journal*.
13      4.   Plaintiff proposes that publication be made as follows:
14           a.   One publication;
15           b.   Thirty (30) consecutive days;
16           c.   On the official internet government forfeiture
17 site www.forfeiture.gov;
18           d.   The publication is to include the following:
19                (1)  The Court and case number of the action;
20                (2)  The date of the seizure/posting;
21                (3)  The identity and/or description of the
22 property seized/posted;
23                (4)  The name and address of the attorney for the
24 Plaintiff;
25                (5)  A statement that claims of persons entitled
26 to possession or claiming an interest pursuant to Supplemental
27 Rule G(5) must be filed with the Court and served on the attorney
28 for the Plaintiff no later than 60 days after the first day of

publication on the official internet government forfeiture site; and

        (6)  A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 1/8/10                      BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Saralyn M. Ang-Olson
                                 SARALYN M. ANG-OLSON
                                 Special Assistant U.S. Attorney

**ORDER**

    IT IS SO ORDERED.

DATED: January 28, 2010.

                                 /s/ Dale A. Drozd
                                 DALE A. DROZD
                                 UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/USvApprox$30,000.0067.ord