1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS J. BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  BRETT HARTMAN



7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       ) No. 2: 09 CR 334 EJG
                                   )
12              Plaintiff,         )
                                   ) DEFENDANT'S REQUEST FOR EXPANDED
13      v.                         ) APPOINTMENT ORDER; ORDER
                                   )
14 BRETT HARTMAN,                  )
                                   )
15              Defendant.         ) Judge: Hon. Edward G. Garcia
                                   )
16 _____  )

17      Pursuant to 18 U.S.C. § 3006A, the Office of the Federal Defender
18 was appointed by the duty magistrate to represent the defendant, BRETT
19 HARTMAN, on August 27, 2009.  Counsel undersigned has represented Mr.
20 Hartman since that time.
21      The defendant has received Notices of Forfeiture Proceedings from
22 the U.S. Postal Service.  All of the notices and all of the assets
23 listed in the notices are related to this criminal proceeding.  Mr.
24 Hartman, filed a claim of ownership pursuant to 18 U.S.C. § 983 and the
25 matter has been filed in U.S. District Court as 2:10-CV-00067-EJG-DAD.
26      18 U.S.C. §3006A(c) states that appointed counsel's representation
27 should continue through every stage of the proceeding "including
28 ancillary matters appropriate to the proceedings".  18 U.S.C. §

983(b)(1)(A) states:

> If a person with standing to contest the forfeiture of property in a judicial civil forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title [18 U.S.C. § 3006A] in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

Accordingly, the defendant respectfully asks this Court to authorize the Federal Defender Office to represent him in all civil forfeiture proceedings related to this case, specifically including *U.S. v. Approximately $30,000 in U.S. Currency*, 2:10-CV-00067-EJG-DAD.

Dated: February 4, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ DOUGLAS J. BEEVERS

DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Defendant
BRETT HARTMAN

# ORDER

Pursuant to 18 U.S.C. § 3006A(c) and 18 U.S.C. §983(b)(1)(A), this Court approves the expansion of the order appointing counsel to represent Brett Hartman to include representation in all civil forfeiture proceedings related to the pending criminal charges including 2:10-CV-00067-EJG-DAD.

Dated: 5 February, 2010

Hon. Edward J. Garcia
United States District Judge