BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CV-00067-WBS-DAD |
| Plaintiff, | |
| v. | FINAL ORDER AND DISMISSAL |
| APPROXIMATELY $30,000.00 IN U.S. CURRENCY, and | |
| A $750.00 CHECK MADE PAYABLE TO BRETT HARTMAN FROM INTEGRITY ESCROW, | |
| Defendants. | |

Pursuant to the Stipulation for Dismissal, the Court finds:

1.      This is a civil forfeiture action against the above-captioned defendant properties.

2.      A Verified Complaint for Forfeiture *In Rem* (hereafter "Complaint") was filed on January 8, 2010, seeking the forfeiture of the defendant properties and alleging that said properties are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

3.      On or about January 12, 2010, the Clerk issued a Warrant for Arrest of the defendant properties.

4.      Pursuant to Rule G(4) of the Supplemental Rules for Admiralty or

1

Maritime Claims and Asset Forfeiture Actions, notice of this action was posted on the official government internet site www.forfeiture.gov for at least 30 consecutive days.

5.     In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities:  Brett Hartman.

6.     Claimant Hartman filed a verified claim and answer alleging an interest in the defendant properties.

7.     No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.     The Court adopts the Stipulation for Dismissal entered into by and between the parties to this action.

2.     Judgment is hereby entered against all potential claimants, except Brett Hartman, who have not filed claims in this action.

3.     Claimant Brett Hartman withdraws his claim (Doc. 12) and answer (Doc. 13), agrees to the dismissal of this action, and agrees to the destruction of the computer hardware and all criminally-related software and data seized by the United States Postal Inspection Service in Claimant's parallel criminal case.

4.     The defendant $30,000.00 and defendant $750.00 shall be paid to the Clerk of the Court for distribution to the Social Security Administration in partial satisfaction of the Claimant's restitution order in *United States v. Brett Lee Hartman*, 2:09-CR-00334-EJG.  Integrity Escrow of Fountain Valley, California, who on July 8, 2009 issued to Claimant business check #61862 for $750.00 (seized defendant $750.00), shall cancel check #61862, and issue a new check for the $750.00 made payable to the "U.S. Marshals Service" and forward such new check to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, California 95814.

5.     Upon the entry of this Order allowing the defendants $30,000.00 and

Final Order and Dismissal

$750.00 to be transferred to the Clerk of the Court for distribution to the Social Security Administration in partial satisfaction of Claimant's parallel criminal case restitution order, this case may dismissed.

6.      The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or prosecution of the defendant properties.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or prosecution, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

7.      All parties are to bear their own costs and attorneys' fees.

8.      The U.S. District Court for the Eastern District of California, Hon. William B. Shubb, District Judge, shall retain jurisdiction to enforce the terms of this Final Order and Dismissal.

9.      This case is dismissed with prejudice.

10.      Based upon the allegations set forth in the Verified Complaint for Forfeiture *In Rem* filed on January 8, 2010, and the Stipulation for Dismissal filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant properties, and for the commencement and prosecution of this forfeiture action.

SO ORDERED.

Dated:  May 16, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Final Order and Dismissal